■ NATIONAL SURETY CORPORATION, Respondent, v. GREEN FUEL ECONO-MIZER CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ TERRY CONTRACTING, INC., Appellant, v. COMMERCIAL INSURANCE COMPANY OF NEWARK, N. J., Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ FRANK PROCTOR & ASSOCIATES, INC., Respondent, v. THEODORE W. STEMMLER, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ WALSH BROTHERS, INC., Respondent, v. JACOB RUPPERT, Appellant.— Order unanimously affirmed, with leave to renew motion for summary judgment after completion of pretrial procedures, and with costs to abide the event. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ HELEN TUVIM, Respondent, v. ARTHUR MURRAY et al., Appellants.— Determination unanimously affirmed, with costs to the respondent of this appeal. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ROOSEVELT RACEWAY, INC., Respondent, against GEORGE P. MONAGHAN, as Commissioner of Harness Racing, and Constituting the State Harness Racing Commission, Appellant.— Order unanimously affirmed, without costs. The only question presented to Special Term and passed on by it was whether the respondent was the proper party in these proceedings. In our affirmance of the determination made at Special Term, we pass upon no other question. The time to answer will be fixed in the order to be settled herein. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ. [17 Misc 2d 1065.]

■ NEWMAN, ARONSON & NEUMANN, Respondents-Appellants, v. EDMOND G. BLUMNER, Appellant-Respondent, and EDYTHE KENDALL, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent, Edythe Kendall. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ HANNAH GALEWITZ, Appellant, v. WALTER PEEK PAPER CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CONSTANCE C. KNIGHT et al., Individually and in Behalf of All Other Stockholders of KRODER REUBEL CO., INC., Similarly Situated, Respondents, v. ARTHUR SARKISIAN et al., Appellants, et al., Defendant.— Order so far as appealed from affirmed, with $20 costs and disbursements to respondents. Concur — Breitel, J. P., Valente and Stevens, JJ.; M. M. Frank and McNally, JJ., dissent in part and vote to deny with respect to paragraphs 15–43, inclusive, insofar as the sixth defense is stricken, but concur in the dismissal of the cross claim as embraced in such allegations.